IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

REAGENT LONESTAR GROUP, LLC,　　§
and MARK DANIELS,　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　*Plaintiffs*,　　　　　　　§
　　　　　　　　　　　　　　　　　　§
V.　　　　　　　　　　　　　　　　　§　　CIVIL ACTION NO. SA-24-CA-01094-FB
　　　　　　　　　　　　　　　　　　§
MASSACHUSETTS MUTUAL LIFE　　§
INSURANCE COMPANY, NEWREZ LLC　§
d/b/a Shellpoint Mortgage Servicing, and　§
LONESTAR CAPITAL HOLDINGS, LLC,　§
　　　　　　　　　　　　　　　　　　§
　　　　　　*Defendants*.　　　　　　§

**ORDER ACCEPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of United States Magistrate Judge recommending that all remaining claims in this matter be dismissed. (ECF No. 34). To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." Fed. R. Civ. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (ECF No. 34) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that all remaining claims asserted by Plaintiff are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS FINALLY ORDERED that motions pending with the Court, including the pending motion for summary judgment (ECF No. 22), are DISMISSED as MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 31st day of March, 2026.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE